PROB 12C
ED/AR (08/2022)

# United States District Court

### for the

### Eastern District of Arkansas

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Jahoney Milik Russell                 Case Number:   4:19CR00117-BRW-6

Name of Sentencing Judicial Officer:   Honorable Billy Roy Wilson
United States District Judge

Original Offense:   Conspiracy to Possess With Intent to Distribute and to Distribute Heroin

Date of Sentence:   April 15, 2021

Original Sentence:   37 months Bureau of Prisons followed by 3 years supervised release

| Type of Supervision:   Supervised Release | Date Supervision Commenced:   November 18, 2022 |
| | Date Supervision Expires:   November 17, 2025 |

| U. S. Probation Officer:  Caitlin Avant | Asst. U.S. Attorney:   Anne Gardner | Defense Attorney:   To be appointed |

## PETITIONING THE COURT

☐   To Issue a Warrant and Seal this Petition Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☒   To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| **1** | **Mandatory (3)** | **You must refrain from unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.** |

On December 28, 2022, Mr. Russell submitted a urine specimen which tested and confirmed positive for the use of Fentanyl. Furthermore, on January 10, 2023, Mr. Russell denied using Fentanyl on December 28, 2022.

On January 4, 2023, Mr. Russell submitted a urine specimen which tested and confirmed positive for the use of Fentanyl and Norfentanyl. Furthermore, on January 10, 2023, Mr. Russell denied using Fentanyl on January 4, 2023.

On February 22, 2023, Mr. Russell submitted a urine specimen which tested and confirmed positive for the use of Fentanyl.

On March 20, 2023, Mr. Russell admitted to taking a prescription that was not prescribed to him on March 6, 2023.

Prob 12C                                    - 2 -                        Petition for Warrant or Summons
                                                                        For Offender Under Supervision

Name of Offender:  Jahoney Milik Russell                    Case Number:  4:19CR00117-BRW-6

On March 23, 2023, Mr. Russell submitted a urine specimen which tested and confirmed positive for Fentanyl and Norfentanyl. Furthermore, on March 23, 2023, Mr. Russell admitted to taking a prescription that was not prescribed to him on March 19, 2023.

On May 25, 2023, Mr. Russell submitted a urine specimen which tested and confirmed positive for the use of Fentanyl. Furthermore, on June 8, 2023, Mr. Russell denied using Fentanyl.

| 2 | Special (1) | **You must participate in a substance abuse treatment program under the guidance and supervision of the probation office. The program may include drug and alcohol testing, outpatient counseling, and residential treatment. You must abstain from the use of alcohol during treatment. You must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived.** |
|---|---|---|

Mr. Russell violated this condition of supervised release by failing to submit a urine specimen on January 20, 2023.

Mr. Russell violated this condition of supervised release by failing to submit a urine specimen on February 3, 2023.

On May 11, 2023, Mr. Russell violated this condition of supervised release when he was unsuccessfully discharged from residential treatment at Recovery Centers of Arkansas for failing to follow program rules.

Mr. Russell violated this condition of supervised release by failing to submit a urine specimen on May 30, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

_____
Dorahn R. Garman
Supervising U.S. Probation Officer

Executed on   June 8, 2023_____

_____
Anne Gardner
Assistant U.S. Attorney

Executed on   _____

Approved by:

_____
Supervising U.S. Probation Officer