# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

United States of America                                            **Plaintiff**

v.                           Case No.: 4:19–cr–00117–BRW

Jahoney Milik Russell                                       **Defendant**

---

## NOTICE OF HEARING

     PLEASE take notice that a Motion Hearing regarding Motion to Revoke (#504), has been set in this case for July 18, 2023, at 01:30 PM before Judge Billy Roy Wilson in Little Rock Courtroom # 4B in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** July 5, 2023                                 AT THE DIRECTION OF THE COURT
                                                                            TAMMY H. DOWNS, CLERK

                                                                   **By:**  Melanie M. Beard, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas